THE UNITED GLASS COMPANY, Appellant, v. PETER R. SLEIGHT, as Receiver of the Trotter Refrigerator Company, Impleaded, Respondent.

Mem. of decision below, 86 Hun, 617.
(Argued October 7, 1895; decided October 22, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made March 26, 1895, which affirmed an order of Special Term denying a motion to remove the receiver herein and for other and further relief.

*Charles S. Kent* for appellant.

*Horace McGuire* for respondent.

Appeal dismissed, with costs; no opinion.
All concur. .

---

In the Matter of the Application of LEMON THOMSON et al., Appellants, to Float Logs on Moose River, etc., v. JULIA L. DeCAMP et al., Respondents.

147 b 701
159 438

Reported below, 86 Hun, 405.
(Argued October 7, 1895; decided October 22, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made April 23, 1895, which reversed an order of the Special Term denying defendants' motion to dismiss plaintiffs' petition in condemnation proceedings and dismissed the petition.

*Charles E. Snyder* for appellants.

*C. D. Adams* for respondents.

Order affirmed, with costs, on opinion below.
All concur.